1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8    FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
11   **ADONAI EL-SHADDAI,**                              CIV S-06-0122 DFL CMK
                                      Plaintiff,        **ORDER**
12
13           v.
     **JEANNE WOODFORD,**
14
                                      Defendant.
15
16
17       The Court finds there is good cause to grant Defendant's request for an extension of
time to respond to Plaintiff's amended complaint.  Accordingly, Defendant shall have thirty days
18
following service of the Court's screening order to file and serve a response to the amended
19
complaint.
20
21
     January 30, 2006
22
23
24
                    /s/   **CRAIG M. KELLISON**
25                  Craig M. Kellison
                    UNITED STATES MAGISTRATE JUDGE
26
27
28

[Proposed] Order

1