IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADONAI EL-SHADDAI,** | CIV S-06-0122 DFL CMK |
| Plaintiff, | **ORDER** |
| v. | |
| **JEANNE WOODFORD,** | |
| Defendant. | |

The Court finds there is good cause to grant Defendant's request for an extension of time to respond to Plaintiff's amended complaint. Accordingly, Defendant shall have thirty days following service of the Court's screening order to file and serve a response to the amended complaint.

January 30, 2006

                /s/   **CRAIG M. KELLISON**
                Craig M. Kellison
                UNITED STATES MAGISTRATE JUDGE