IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

    Plaintiff,                    No. CIV S-06-0122 DFL CMK P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.          <u>ORDER</u>

_____/

       Plaintiff, a state prisoner is proceeding without counsel in this civil rights action. Plaintiff's action was commenced in the Superior Court of the State of California on May 5, 2005. On January 17, 2006, defendants removed this action from state court pursuant to 28 U.S.C. § 1331. Defendants submitted the $250 filing fee for this action.

       Plaintiff, however, may be eligible to proceed in forma pauperis for the purposes of service of process. 28 U.S.C. §§ 1914(a), 1915(a). The court is unable to determine from the state court file whether plaintiff is eligible to proceed in forma pauperis. Therefore, plaintiff will be provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis for purposes of service of this complaint.

///

///

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: February 1, 2006.

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE