IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

    Plaintiff,                    No. CIV S-06-0122 DFL CMK P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.          ORDER

_____/

        Plaintiff, a state prisoner is proceeding without counsel in this civil rights action. Plaintiff's action was commenced in the Superior Court of the State of California on May 5, 2005.  On January 17, 2006, defendants removed this action from state court pursuant to 28 U.S.C. § 1331.  Defendants submitted the $250 filing fee for this action.  Plaintiff has filed a motion to appoint counsel.

        As plaintiff may be eligible to proceed in forma pauperis for the purposes of service of process pursuant to 28 U.S.C. § 1914(a), 1915(a), the court issued an order on February 2, 2006, granting plaintiff thirty days to submit a request to proceed in forma pauperis. A review of the docket reveals that the February 2, 2006 order, which was served on plaintiff, was returned as undeliverable "Name and CDC Number do not match–unable to locate."

///

1           The court finds this development perplexing in that it appears that the Department
2   of Corrections was able to locate plaintiff to serve him with the new case documents which were
3   issued on January 18, 2006.  The court finds it unlikely that in the approximately two weeks
4   between January 18, 2006 and February 2, 2006 plaintiff's CDC number was changed.
5   Accordingly, the court will order the Clerk to of the Court to reserve the court's February 2,
6   2006 order on plaintiff.
7           The court next considers plaintiff's request for appointment of counsel.  The
8   United States Supreme Court has ruled that district courts lack authority to require counsel to
9   represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296,
10  298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance
11  of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.
12  1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the
13  court does not find the required exceptional circumstances.  Plaintiff's request for the
14  appointment of counsel will therefore be denied.
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to reserve the court's February 2, 2006 order and an Application to Proceed In Forma Pauperis by a Prisoner on plaintiff at the following address:

> Andonai El-Shaddai, C-08082
> High Desert State Prison
> P.O. Box 3030
> Fac-A
> Susanville, CA 96127[1]

2. Plaintiff shall submit, within thirty days of this order, a request to proceed in forma pauperis and an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of the Court.  Should plaintiff not return a request to proceed in forma pauperis within thirty days, the court will assume that plaintiff does not want to proceed in forma pauperis.

3. Plaintiff's February 9, 2006 motion to appoint counsel (doc. 8) is denied.

DATED:   March 24, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that this is the address which defendants used for service on plaintiff.