IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

    Plaintiff,               No. CIV S-06-0122 DFL CMK P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.        ORDER

_____/

        Plaintiff is proceeding pro se in this civil rights action. Two recent court orders served on plaintiff by mail were returned as undeliverable "Name and CDC Number Do Not Match." Accordingly, on March 27, the court issued an order directing the clerk of the court to reserve plaintiff using what the court thought was plaintiff's correct name and CDC number.

        Counsel for defendant has brought to the court's attention, however, that plaintiff has filed this lawsuit under a name which differs from his legal name. Apparently, plaintiff's legal last name is "Wilkernson" not "El Shaddai." This is why plaintiff's mail has been returned due to plaintiff's name and CDC number not matching.

///

///

///

1

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reserve the court's February 2, 2006 (doc. 7) order and the court's March 27, 2006 order (doc. 11) on plaintiff at the following address:

>   Andonai El-Shaddai AKA Wilkernson, C-08082
>   High Desert State Prison
>   P.O. Box 3030
>   Fac-A
>   Susanville, CA 96127

2. The Clerk of the Court is directed to change the caption of this case to reflect that plaintiff is proceeding as Andonai El-Shaddai AKA Wilkernson.

DATED:  March 27, 2006.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE