IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI aka WILKERSON,

    Plaintiff,                      No. CIV S-06-0122 DFL CMK P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                 ORDER

_____/

        Plaintiff is proceeding pro se in this civil rights action. Three recent court orders served on plaintiff by mail were returned as undeliverable "Name and CDC Number Do Not Match." After counsel for defendants brought to the court's attention that plaintiff had filed this lawsuit under a name which differs from his legal name, the court filed an order directing re-service on plaintiff using the name Adonai El-Shaddai AKA Wilkernson. (Doc. 12.) The orders served using this name were also returned as undeliverable "Name and CDC Number Do Not Match."

        On April 12, 2006, plaintiff filed a motion seeking a court order to recognize his legal name change and to deliver all legal mail in his new name, Adonai El-Shaddai. In support of his motion, plaintiff includes a declaration of "legal" name change based upon his religious beliefs. Plaintiff also states that he was born "James Ray Wilkerson."

1

1  While the court does not dispute plaintiff's religious beliefs, his declaration does
2  not constitute a legal name change for purposes of mail delivery within the Department of
3  Corrections. The court declines to grant plaintiff's motion for an order recognizing plaintiff's
4  name change.
5  The court also notes that it erroneously believed that plaintiff's last name was
6  "Wilkernson" instead of "Wilkerson. In order to ensure that court orders served on plaintiff by
7  mail are delivered to him, the court will order that mail is addressed to plaintiff in the following
8  manner: Andonai El-Shaddai AKA Wilkerson.[1]
9  Accordingly, IT IS ORDERED that:
10  1. Plaintiff's "Motion for Order to Recognize Legal Name Change and Deliver
11  all Legal Mail in New Name" (doc. 14) is denied;
12  2. The Clerk of the Court is directed to reserve the court's February 2, 2006 (doc.
13  7) order and the court's March 27, 2006 order (doc. 11) on plaintiff at the following address:
14      Andonai El-Shaddai AKA Wilkerson, C-08082
        High Desert State Prison
15      P.O. Box 3030
        Fac-A
16      Susanville, CA 96127
17  3. The Clerk of the Court is directed to change the caption of this case to reflect
18  that plaintiff is proceeding as Andonai El-Shaddai AKA Wilkerson.
19  DATED:   April 19, 2006.

                                                            /s/ Craig M. Kellison
                                                            CRAIG M. KELLISON
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that in his April 12, 2006 motion plaintiff references language contained in the court's March 27, 2006 order (doc. 11), which indicates that plaintiff has received at least some of his legal mail. However, in an abundance of caution, the court will order re-service of documents seven and eleven on plaintiff.