IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDONAI EL-SHADDAI a.k.a. WILKERSON

      Plaintiff,                        No. CIV S-06-0122 DFL CMK P

      vs.

JEANNE WOODFORD, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.

        In his amended complaint, plaintiff alleges that, in June 2003, defendants implemented California Department of Corrections High Desert State Prison Operational Procedure # 606, which governs the receiving and release of inmates' personal property. (Ex. A.) Under the June 2003 Operational Procedure #606, personal property confiscated from an inmate will be held for forty-five days pending inmate funds to ship the property elsewhere. Should the inmate fail to procure the required funds for shipment, the property becomes the property of the California Department of Corrections and Rehabilitation (CDCR).

        Plaintiff alleges that several boxes of his personal property was confiscated and, after forty-five days, became the property of the CDCR. Plaintiff contends that, when

1

1  promulgating Operational Procedure # 606, the CDCR did not comply with the procedural
2  requirements of the state Administrative Procedures Act.  Plaintiff alleges violations of the First,
3  Fourth, Fifth and Fourteenth Amendments to the United States Constitution.  He seeks injunctive
4  relief.
5              To the extent that plaintiff seeks injunctive relief requiring defendants to not
6  dispose of his confiscated property, the court intends to act on this request for injunctive relief
7  within twenty days from the date of this order.  If defendants wish to take any position with
8  respect to plaintiff's request, they may do so within fifteen days from the date of this order.
9              IT IS SO ORDERED.

11  DATED:  September 28, 2006.

```
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```