IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL SHADDAI a.k.a. WILKERSON,

      Plaintiff,

      vs.

JEANNE WOODFORD, et al.,

      Defendants.

                            /

No. CIV S-06-0122 DFL CMK P

ORDER

      Plaintiff's complaint was removed to this court by defendants. On plaintiff's original complaint (doc. 2, Ex. A.), he listed as defendants Jeanne Woodford and D.L. Runnels. The court assumed that both defendants had been served with the state court complaint.

      Pursuant to federal statute, the court screened plaintiff's original complaint, dismissed it, and ordered plaintiff to file an amended complaint. Plaintiff did so on July 28, 2006. After screening the amended complaint, the court determined that service was appropriate for defendants Woodford and Runnels, the two defendants named in the original complaint. The court ordered that defendants (who the court assumed had already been served) reply to the amended complaint.

      On October 18, 2006, defendant Woodford filed an answer. In her answer, she noted that the answer was not made on behalf of defendant Runnels or any other unserved

defendant. (Doc. 25.) Inquiry of defendant Woodford's counsel reveals that, due to very specific requirements of the Sheriff, who is responsible for serving state court complaints, defendant Runnels may have never been served. Accordingly, the court will order service of defendant Runnels by the United States Marshal Service.[1]

    1. The court has found that service is appropriate for defendant D.L.Runnels

    2. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed July 28, 2006.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for defendant Runnels

        d. two copies of the endorsed complaint filed July 28, 2006.

    4. Plaintiff need not attempt service on defendant Runnels and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  October 25, 2006.

                                                    **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's request to proceed in forma pauperis in this court was granted on July 17, 2006 (doc. 20).

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____

          Plaintiff,                    No. CIV

  vs.

                                                  <u>NOTICE OF SUBMISSION</u>

          Defendants.                <u>OF DOCUMENTS</u>

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          \_\_\_\_\_      completed summons form

          \_\_\_\_\_      completed USM-285 forms

          \_\_\_\_\_      copies of the _____
                                      Complaint/Amended Complaint

DATED:

                                      _____
                                          Plaintiff