IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDONAI EL-SHADDAI a.k.a. WILKERSON

        Plaintiff,

  vs.                                        No. CIV S-06-0122 DFL CMK P

WOODFORD, et al.,

        Defendant.             ORDER

_____/

        Currently before the court is plaintiff's motion for default judgment as to Defendant Runnels. This case was removed to this court on January 17, 2006. Given that the action had been proceeding in state court, the court assumed that both defendants had been served. It later became clear that, due to a glitch in service of process of the state action, only defendant Woodford had been served. Accordingly, the court ordered plaintiff to provide service information so that defendant Runnels could be served.

        Because defendant Runnels has not entered an answer in this action, plaintiff moves for a default judgment. The court finds that a default judgment is not appropriate. In seeking default judgment, plaintiff ignores the fact that prosecution of this action, including service is ultimately his responsibility. If he was aware that defendant Runnels had not been served due to an error of the state process server, it was plaintiff's duty to correct that defect.

1

The court finds that default judgment is not appropriate in this instance. Plaintiff's motion for default judgment against defendant Runnels (doc. 35) is denied.

IT IS SO ORDERED.

DATED: December 6, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE