1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ADONAI EL SHADDAI aka WILKERSON,

11            Plaintiff,              No. CIV S-06-0122 DFL CMK P

12        vs.

13   JEANNE WOODFORD, et al.,

14            Defendants.

15   _____/        ORDER

16            Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.   This

17   proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. §

18   636(b)(1).  On January 16, 2007, plaintiff filed a motion for summary judgment.

19            Local Rule 56-260 requires that motions for summary judgment shall be

20   accompanied by a "Statement of Undisputed Facts" that shall enumerate discretely each of the

21   specific material facts relied upon in support of the motion and cite the particular portions of any

22   pleading or affidavit, or other document relied upon to establish that fact.  L.R. 56-260(a).  In

23   other words, a motion for summary judgment must be accompanied by a list of undisputed facts.

24   Plaintiff has not complied with this requirement.  Instead, he has included a statement of facts,

25   but the court has no way of knowing whether such are undisputed, which is a key element of a

26   summary adjudication.

1          Accordingly, the court will order plaintiff's motion stricken from the record and

2   disregarded for failure to comply with the Local Rules.

3          IT IS ORDERED that plaintiff's January 16, 2007 motion for summary judgment

4   shall be stricken from the record and disregarded for failure to comply with the Local Rules of

5   this district.

6          DATED:   January 24, 2007.

7

8

9   _____

10  **CRAIG M. KELLISON**

11  UNITED STATES MAGISTRATE JUDG7

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26