EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendant David L. Runnels and Jeanne S. Woodford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADONAI EL-SHADDAI,**<br><br>  Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD,**<br><br>  Defendant. | 2:06-CV-00122 DFL CMK<br><br>**ORDER** |

The court finds there is good cause to grant Defendant's request for an extension of time to oppose Plaintiff's February 07, 2007 Motion for Summary Judgment. (Doc. 42) Accordingly, Defendants are granted a period of forty-five days, to and including April 13, 2007, to file and serve an opposition.

1

**IT IS SO ORDERED.**

DATED: March 2, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2