1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  MEGAN R. O'CARROLL, State Bar No. 215479
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5288
8   Fax:  (916) 324-5205
    Email:  Megan.OCarroll@doj.ca.gov
9
   Attorneys for Defendant Runnels and Woodford
10

11                    IN THE UNITED STATES DISTRICT COURT

12                 FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  **ADONAI EL-SHADDAI,**                    2:06-CV-00122 DFL CMK

16                           Plaintiff,       **ORDER**

17            v.

18  **JEANNE WOODFORD,**

19                           Defendant.

20

21         The court finds there is good cause to grant Defendants' request for an extension of

22  time to oppose Plaintiff's Motion for Summary Judgment.  Accordingly, Defendants are granted

23  a period of seven, to and including April 20, 2007, to file and serve an opposition.

24         **IT IS SO ORDERED.**

25  DATED:   April 13, 2007.

26

27  _____
    **CRAIG M. KELLISON**
28  UNITED STATES MAGISTRATE JUDGE

                                    1