ANDONAI EL-SHADDAI, aka Wilkerson,

    Plaintiff - Appellant,

v.

JEANNE WOODFORD; et al.,

    Defendants - Appellees.

No. 07-16415

D.C. No. CV-06-00122-RRB/CMK

**ORDER**

This appeal has been taken in good faith    [✓]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____

                                    _____
                                    Judge
                                    United States District Court

                                    Date: 9/20/07